UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THE CUSTARD HUT FRANCHISE LLC,

        Plaintiff,

v.

H & J JAWAD LLC d/b/a THE CUSTARD
COMPANY and THE CUSTARD COMPANY –
AMOCO LLC,

        Defendants.
_____/

Case Number 21-12099
Honorable David M. Lawson

## ORDER DISMISSING AFFIRMATIVE DEFENSES

Based on the stipulation of the parties (ECF No. 53),

It is **ORDERED** that the defendants' affirmative defenses of confusion caused by the plaintiff's social media activity (affirmative defense no. 9) and unclean hands (affirmative defense no. 10), **only**, are **DISMISSED WITH PREJUDICE**.

        s/David M. Lawson
        DAVID M. LAWSON
        United States District Judge

Dated:  October 20, 2022